CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 279082
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
<u>Mail</u>: PO Box 262490
San Diego, CA 92196-2490
<u>Delivery</u>: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
dennisp@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Antonio Fernandez**, | Case 2:19-CV-02334-CJC-AGR |
| Plaintiff, | **Plaintiff's Application for Default Judgment by Court Against Alfred Santos Family Partnership and Casa Camino FIFI, Inc.** |
| v. | |
| **Alfred Santos Family Partnership,** a California Limited Partnership; **Casa Camino FIFI, Inc.**, a California Corporation; and Does 1-10, | Date: August 5, 2019<br>Time: 1:30 p.m.<br>Ctrm: 7C |
| Defendants. | |

To Defendants Alfred Santos Family Partnership and Casa Camino FIFI, Inc., and the attorneys of record, if any: Please take notice that on August 5, 2019, at 1:30 p.m., or as soon thereafter as this matter may be heard by this Court located at 350 W. 1st Street, Los Angeles, CA 90012. Plaintiff Antonio Fernandez will present his application for default judgment against defendants Alfred Santos Family Partnership and Casa Camino FIFI, Inc. The Clerk has previously entered the default on Alfred Santos Family

Partnership and Casa Camino FIFI, Inc., on May 8, 2019 and April 29, 2019 respectively.

At the time and place of hearing, plaintiff will present proof of the following matters: (1) Defendants Alfred Santos Family Partnership and Casa Camino FIFI, Inc., are not minor or incompetent persons or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendants Alfred Santos Family Partnership and Casa Camino FIFI, Inc., have not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendants on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act, and the Unruh Civil Rights Act.

The Plaintiff seeks a judgment in the amount of $4,000.00 in statutory damages and $5,460.00 in attorney fees and costs as set forth in the attached declaration of Dennis Price and an Order directing the defendants to: provide compliant accessible restroom at the property located at 9060 Slauson Avenue, Pico Rivera, California. This application is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of this the original application for default judgment by court was served on defendants Alfred Santos Family Partnership and Casa Camino FIFI, Inc., on June 26, 2019, by first class United States Mail, postage prepaid.

Dated: June 26, 2019              CENTER FOR DISABILITY ACCESS

By: /s/ Dennis Price
Dennis Price, Esq.
Attorney for Plaintiff