# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| ANTONIO FERNANDEZ,<br><br>            Plaintiff,<br><br>      v.<br><br>ALFRED SANTOS FAMILY PARTNERSHIP, CASA CAMINO FIFI, INC., and DOES 1 through 10,<br><br>            Defendants. | Case No.: CV 19-02334-CJC (AGRx)<br><br><br>**DEFAULT JUDGMENT** |

   **JUDGMENT IS HEREBY ENTERED** in favor of Plaintiff Antonio Fernandez, and against Defendants Alfred Santos Family Partnership and Casa Camino FIFI, Inc., in accordance with the terms of the Court's Order granting Plaintiff's motion for default judgment.

*//*

The Court **AWARDS** Plaintiff $4,000 in damages, $4,800 in attorneys' fees, and reasonable costs pursuant to a Bill of Costs that may be filed in accordance with Local Rule 54-2.1.  The Court also **ORDERS** Defendants to ensure that the sink and restroom stall in the men's restroom at the property located at 9060 Slauson Avenue, Pico Rivera, California, comply with the accessibility guidelines promulgated under the Americans with Disabilities Act of 1990.  The sink must meet the knee clearance requirements for wheelchair users and at least one restroom stall must be at least 60 inches wide and contain two grab bars.

DATED:    July 24, 2019

_____

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE